# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| JANE DOE, | : | No. 75 WM 2020 |
| | : | |
| Respondent | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| DIOCESE OF GREENSBURG, BISHOP | : | |
| LAWRENCE E. BRANDT, AND BISHOP | : | |
| EDWARD C. MALESIC, | : | |
| | : | |
| Petitioners | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of November, 2020, the Application "for Extraordinary Relief and for the Court to Exercise its King's Bench Powers" is DENIED.